PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 12 2023
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Edward James Calhoun  0222686
**Plaintiff's Name and ID Number**

Tarrant County Jail
**Place of Confinement**

4-23CV0044-O

CASE NO. _____
(Clerk will assign the number)

v.

Caldwell (Female) 100 N. Lamar, Fort Worth Tx.
**Defendant's Name and Address**

Bill Waybourn 200 Taylor St Fort Worth Tx,
**Defendant's Name and Address**

_____
**Defendant's Name and Address**
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should kee copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and decl under penalty of perjury that the facts are correct. If you need additional space, <u>**DO NOT USE THE REVER SIDE OR BACK SIDE OF ANY PAGE.**</u> ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON

3. You must file a separate complaint for each claim you have unless the various claims are all related to the sa incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district cc for the appropriate district of Texas in the division where one or more named defendants are located, or where incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Crimi Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an add list of the divisional clerks.

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proc *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting fc information to establish your inability to prepay the fees and costs or give security therefor. You must also incl a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma paupt* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial par filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If ; submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, ass and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate t account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not ap to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to procee *forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submittin to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice shoulc marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion for other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismi of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓
    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than o: lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit:_____
        2. Parties to previous lawsuit:
           Plaintiff(s)_____
           Defendant(s)_____
        3. Court: (If federal, name the district; if state, name the county.)_____
        4. Cause number:_____
        5. Name of judge to whom case was assigned:_____
        6. Disposition: (Was the case dismissed, appealed, still pending?)_____
        7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: Tarrant County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?    ✓ YES ___
Attach a copy of your final step of the grievance procedure with the response supplied by the institutic

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Edward James Calhoun, Tarrant County Jail, Green Bay, 100 North Lamar, Fort Worth Texas, 76196

B. Full name of each defendant, his official position, his place of employment, and his full mailing addr

Defendant #1: C.D. Caldwell (female) "First name unknown, cannot get from correctional facility" Tarrant County Jail, Officer(s)
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Officer Caldwell hit me with her clipboard on my right hand

Defendant #2: Bill Waybourn, covering for his officer(s).
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: 
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: 
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: 
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happ when did it happen, and who was involved. Describe how each defendant is involved. You need not any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, num and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT M STRIKE YOUR COMPLAINT.

On November 9th at or around 11:26 am; I was getting some juice waiting for another inmate in line to get some juice when officer Caldwe (female) hit my right hand and wrist, causing my spone to fall to the floor. I grabbed my wrist and told her she hit me and she officer Caldwell just laughed. I told other ranking officer(s), but nothing was done about it. I told a female corporal (black) and a white corporal (female) and they both said; "You're just going to make it worst for yourself. This took place on 60A Dorm in front of the cameras on t dorm.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no case statutes.

Punitive Damages and Pain & Suffering $1,000,000 %

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all alia

Edward, Ed

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or fec prison or FBI numbers ever assigned to you.

1088592, 0222686

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES ✓

B. If your answer is "yes," give the following information for every lawsuit in which sanctions imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division):_____

   2. Case number:_____

   3. Approximate date sanctions were imposed:_____

   4. Have the sanctions been lifted or otherwise satisfied?  ___YES ✓

C. Has any court ever warned or notified you that sanctions could be imposed?    ____YES ✓

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issu
   (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: 11-29-2022
             DATE

                                            Edward James Calhoun
                                            Edward James Calh
                                            (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are t and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or m civil actions or appeals (from a judgment in a civil action) in a court of the United States w incarcerated or detained in any facility, which lawsuits were dismissed on the ground they v frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am u imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the e filing fee and costs assessed by the court, which shall be deducted in accordance with the law from inmate trust account by my custodian until the filing fee is paid.

Signed this ___29___ day of __November__, 20 _22_.
              (Day)              (month)            (year)

                                            Edward James Calhoun
                                            Edward James Calh
                                            (Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response t above questions may result in the imposition of sanctions. The sanctions the court may impose include are not limited to, monetary sanctions and the dismissal of this action with prejudice.

January 9, 2023

To: US District Court, Clerk



This mail was originally sent to the Dallas County Clerk's Office. After careful review, we believe this was sent to us in error and was meant for your office.

Thank You

Dallas County Clerk's Office



**LEGAL MAIL**

Tarrant County Green Bay Law Library