IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **EDWARD JAMES CALHOUN,** Institutional ID No. 0222686 | § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Action No. 4:23-cv-44-O |
| **C.O. CALDWELL,** *et al.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Court's order of dismissal entered this day and Federal Rule of Civil Procedure 58, it is the final judgment of the Court that Plaintiff's civil-rights complaint is DISMISSED. *See* FED. R. CIV. P. 58.

**SO ORDERED** this **31st day** of **May, 2023.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE